UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF | 101 WEST LOMBARD STREET |
| SUSAN K. GAUVEY | BALTIMORE, MARYLAND 21201 |
| U.S. MAGISTRATE JUDGE | MDD_skgchambers@mdd.uscourts.gov |
| | (410) 962-4953 |
| | (410) 962-2985 - Fax |

July 12, 2013

David Lawrence Scher, Esq.
Robert Scott Oswald, Esq.
The Employment Law Group PC
888 17th Street, N.W. Suite 900
Washington, DC 20006

Leslie Paul Machado, Esq.
LeClair Ryan PC
1101 Connecticut Avenue, N.W. Suite 600
Washington, DC 20036

Michael E. Barnsback, Esq.
LeClair Ryan PC
2318 Mill Road, Suite 1100
Alexandria, VA 22314

    Re:  Layman v. MET Laboratories, Inc.
         Civil No. RDB-12-2860

Dear Counsel:

    As you know from my July 1 letter, plaintiff was to have submitted a settlement demand to the defendant on July 10. Due to a misunderstanding he did not do so but assures me that he will submit a demand by close of business on **Wednesday, July 17,** with a copy to the Court. I remind plaintiff's counsel that it should be with a "written itemization of damages." Because of the delay, defense counsel has until **July 22** to submit a written offer to the plaintiff with any alternative itemization of damages, again with a copy to the Court.

    I look forward to working with you on July 31 to resolve the case, if you do not resolve it with your own efforts prior to that date.

   Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                        Sincerely yours,

                                        /s/

                                        Susan K. Gauvey
                                        United States Magistrate Judge


Cc:   Honorable Richard D. Bennett
      Court File and Chambers File